**SEALED**   **FILED**

# United States District Court
NORTHERN DISTRICT OF WEST VIRGINIA

MAY 2 2 2012
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA

V.

CARISSA HADS

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:12mj21

I, Robert L. Talkington, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 23, 2012 Carissa Hads, traveled in interstate commerce from the State of Massachusetts to Bridgeport, Harrison County, West Virginia, within the Northern District of West Virginia, for the purpose of engaging in any illicit sexual conduct, that is a sexual act (as defined in section 2246) with a person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; in violation of Title 18, United States Code, Section 2423(b).

I further state that I am Sergeant with the West Virginia State Police assigned to the Crimes Against Children Unit and a member of the West Virginia Internet Crimes Against Children Task Force, and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof.   ☒ Yes ☐ No

x_Sgt. Robert L. Talkington_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

__May 22, 2012__ at   __Clarksburg, WV__
Date                        City and State

John S. Kaull, United States Magistrate Judge   _John S. Kaull_
Name and Title Of Judicial Officer                    Signature of Judicial Office