# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                                                     Criminal No.  2:12MJ21

**CARISSA HADS,**

      **Defendant**.

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant pursuant to 18 U.S.C. 3142(e) and (f).

1. Eligibility of Case.  This case is eligible for a detention order because case involves (check all that apply):

    __X__   Crime of violence (18 U.S.C. 3156 and 3142(f)(1)(A))

    _____   Maximum sentence life imprisonment or death (18 U.S.C. 3142(f)(1)(B))

    _____   10+ year drug offense (18 U.S.C. 3142 (f)(1)(C))

    _____   Felony, with two prior convictions in above categories (18 U.S.C. 3142(f)(1)(D))

    _____   Any felony not otherwise a crime of violence that involves the possession of a firearm (18 U.S.C. 3142(f)(1)(E))

    __X__   Serious risk defendant will flee (18 U.S.C. 3142(f)(2)(A))

    __X__   Serious risk obstruction of justice (18 U.S.C. 3142(f)(2)(B))

2. Reason for Detention. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

    ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. 924(c)

    ____ Previous conviction for "eligible" offense committed while on pretrial bond.

    ____ Pursuant to the Adam Walsh Act, defendant is facing a 922(g) indictment

    __X__ Defendant committed an offense involving a minor victim under 2423(b) of Title 18.

4. Time for Detention Hearing. The United States requests the court conduct the detention hearing

    __X__ At first appearance

    ____ After continuance of ____ days (not more than 3)

5. Other Matters: _____

DATED this 6th day of June, 2012.

/s/ Shawn Angus Morgan
Shawn Angus Morgan
Assistant United States Attorney
320 W. Pike Street, Suite 300
Clarksburg, WV 26301
(304) 623-7030
Shawn.Morgan@usdoj.gov